IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Akim M | Case Number: 08 B 03739 |
|---|---|---|
| | McIntyre-Williams, Kiana D | Judge: Wedoff, Eugene R |
| | Printed: 03/17/09 | Filed: 2/19/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 29, 2009
Confirmed: April 17, 2008

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,996.25 | |
| Secured: | | 1,245.00 |
| Unsecured: | | 15.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,411.76 |
| Trustee Fee: | | 324.49 |
| Other Funds: | | 0.00 |
| Totals: | 4,996.25 | 4,996.25 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,510.50 | 3,411.76 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Tidewater Credit Services | Secured | 2,360.85 | 120.00 |
| 4. | Chase Automotive Finance | Secured | 21,723.97 | 1,125.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 6,200.66 | 0.00 |
| 6. | Macy's | Unsecured | 61.26 | 0.00 |
| 7. | Credit Union One | Unsecured | 48.19 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 66.58 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 135.09 | 0.00 |
| 10. | Capital One | Unsecured | 84.17 | 0.00 |
| 11. | Devon Financial Services Inc | Unsecured | 78.67 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 238.75 | 15.00 |
| 13. | B-Real LLC | Unsecured | 33.33 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 44.36 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 161.00 | 0.00 |
| 16. | Chase Automotive Finance | Unsecured | 148.32 | 0.00 |
| 17. | Capital One Auto Finance | Unsecured | 1,355.84 | 0.00 |
| 18. | Tidewater Credit Services | Unsecured | 0.05 | 0.00 |
| 19. | Advance America | Unsecured | | No Claim Filed |
| 20. | Archdiocese Of Chicago | Unsecured | | No Claim Filed |
| 21. | Black Expressions | Unsecured | | No Claim Filed |
| 22. | CCS | Unsecured | | No Claim Filed |
| 23. | Cbe Group | Unsecured | | No Claim Filed |
| 24. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 26. | First Premier | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Akim M | Case Number: 08 B 03739 |
| | McIntyre-Williams, Kiana D | Judge: Wedoff, Eugene R |
| | Printed: 03/17/09 | Filed: 2/19/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | AFNI | Unsecured | | No Claim Filed |
| 28. | First Cash Advance | Unsecured | | No Claim Filed |
| 29. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 30. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 31. | Illinois Catalog Sales | Unsecured | | No Claim Filed |
| 32. | Village of Midlothian | Unsecured | | No Claim Filed |
| 33. | St James Hospital | Unsecured | | No Claim Filed |
| | | | $ 36,251.59 | $ 4,671.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 8.00 |
| 6.5% | 226.60 |
| 6.6% | 89.89 |
| | $ 324.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

